The Equitable Life Assurance Society of the United States, respondent,

*v.*

Samuel Rothstein et al., appellants.

[Decided May 11th, 1938.]

*Messrs. Minturn & Weinberger,* for the appellants.

*Messrs. Collins & Corbin,* for the respondent.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays and reported in *122 N. J. Eq. 606.*

*For affirmance*—Parker, Case, Bodine, Donges, Heher, Perskie, Hetfield, Dear, Wells, WolfsKeil, Rafferty, Walker, JJ. 12.

*For reversal*—None.